Suzanna L. WADLEIGH v. James WADLEIGH, No. 221-76

July 18, 1977. Appeal dismissed for lack of compliance with progress order dated June 7, 1977.

Herman M. LASH v. LASH FURNITURE COMPANY, INC., Ralph B. Lash and Nathaniel R. Lash and Ralph B. Lash and Lash Furniture Company, Inc. v. Herman M. Lash, No. 22-76

July 18, 1977. Appeal dismissed for lack of compliance with progress order dated June 7, 1977.

Doreen MERRILL v. Dorian C. MERRILL, No. 227-75

July 18, 1977. Appeal dismissed for lack of compliance with letter to Dorian C. Merrill dated June 8, 1977.

STATE of Vermont v. Michael J. MORAN, No. 213-77

August 19, 1977. The order denying bail in the above-captioned case is vacated and the cause is remanded for bail proceedings appropriate under the mandate of 13 V.S.A. § 4956.

John J. O'NEIL, Caroline O'Neil, James O'Neil and Jean O'Neil v. William C. BUCHANAN, JR. and Ruby Marie Buchanan, No. 246-76

September 12, 1977. The judgment of the superior court, in paragraphs (c) and (d), provides alternative forms of relief for the plaintiffs and is conditioned in part upon the occurrence of a contingency. As such, the judgment is not a final judgment from which an appeal can properly be taken to this Court. *Krupp* v. *State Highway Board*, 125 Vt. 25, 29, 209 A.2d 320 (1965); *Lash Furniture Co.* v. *Norton*, 123 Vt. 226, 228, 185 A.2d 734 (1962). Appeal dismissed.

STATE of Vermont v. Jerry Donald POWERS, No. 2-76

September 12, 1977. Purported appeal dismissed as not timely under V.R.A.P. 4.

Harriet GEMMELL v. DEPARTMENT OF EMPLOYMENT SECURITY, No. 312-76

September 12, 1977. The record does not support the conclusion that claimant's leaving her employment was for cause not attributable to her employer. 21 V.S.A. § 1344(a)(2)(A). Reversed and remanded for computation of benefits.